IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-po-00026-GJR

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JERRY THOMAS,

      Defendant.

## ORDER REDUCING AMOUNT OF FINE

On September 23, 2008, the defendant was sentenced by Magistrate Judge Rice and she ordered the defendant to pay a $3,000 fine. The Court further ordered $2,000 of the fine would be suspended, if the defendant fully complied with the terms and conditions of probation.

The defendant has complied with the terms and conditions of supervision. Accordingly, it is

ORDERED that the balance of the $2,000, be remitted as of October 7, 2009.

DATED at Grand Junction, Colorado, this 8th day of October, 2009.

BY THE COURT:

_____
Laird T. Milburn
United States Magistrate Judge